JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AM - 9378 WILSHIRE, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>DEVON WORKS, LLC, a Michigan limited liability company; W. SCOTT DEVON, JR., an individual; and DOES 1-10,<br><br>    Defendants. | CASE No. CV11-03092 VBF CWx<br><br>*[Assigned to the Hon. Valerie B. Fairbank]*<br><br>**[PROPOSED]**<br>**FINAL JUDGMENT** |

## JUDGMENT

The parties have agreed to the entry of this Stipulated Final Judgment to resolve all matters in dispute in this action without trial or adjudication of any issue of law or fact herein.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

   1.   This Court has jurisdiction over the subject matter of this case and over Defendants.

   2.   Venue in this district is proper.

   3.   Judgment on the Complaint is hereby entered in favor of Plaintiff AM-9378 Wilshire, LLC and against Defendants Devon Works, LLC and W. Scott Devon, Jr, jointly

99398v1

FINAL JUDGMENT

1 and severally, for $800,000 USD.

2     4.    Judgment on the Counter-claim is hereby entered in favor of Counter-defendant AM-9378 Wilshire, LLC and against Defendants Devon Works, LLC and W. Scott Devon, Jr.

5     5.    No costs or attorney fees to any party, except as already included in the $800,000, referenced above.

7     6.    All parties waive all rights to seek appellate review or otherwise challenge or contest the validity of this Judgment.

9     7.    This Judgment shall apply to and shall be binding upon the parties, and their successors and assigns.

11     8.    Entry of this Judgment is in the public interest.

12     9.    The Court shall retain continuing jurisdiction to enforce the terms of this Judgment and to address any other matters arising out of or regarding this Judgment.

14     10.    Entry in the docket of this Judgment by the Clerk of the Court shall constitute notice to Defendants of the Judgment and Defendants waive all rights to contest in any future proceedings whether they were properly served with this Judgment.

IT IS SO ADJUDGED AND ORDERED.

DATED: August 25, 2011

*Valerie Baker Fairbank*
THE HONORABLE VALERIE B. FAIRBANK
UNITED STATES DISTRICT COURT

99398v1

FINAL JUDGMENT — 2